917 F.2d 558
Unpublished Disposition
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
In re George SASSOWER, Petitioner.
 No. 90-8120.
 United States Court of Appeals, Fourth Circuit.
 Submitted Oct. 1, 1990.
Decided Nov. 1, 1990.
 
 On Petition for Writ of Mandamus.
 George Sassower, appellant pro se.
 PETITION DENIED.
 Before DONALD RUSSELL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 George Sassower brought this petition for writ of mandamus seeking an order directing the district court to act promptly on his case; he also leveled criticism against the district court judges involved in the case and sought their recusal. The district court dismissed the case pending before it on September 20, 1990. Therefore, we deny Sassower's petition as moot. Although we grant leave to proceed in forma pauperis, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not significantly aid in the decisional process.
 
 
 2
 PETITION DENIED.